Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Northern District of California

San Francisco....Civil....Division

AMANDA METCALF

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

United Airlines, Inc.

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.      The Parties to This Complaint

#### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Amanda Metcalf |
| Street Address | Law Offices of Amanda Metcalf, 29 Marin Bay Park Court |
| City and County | San Rafael, Marin |
| State and Zip Code | California, 94901 |
| Telephone Number | 415-454-0945 |
| E-mail Address | metcalflawfirm@gmail.com |

#### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

    Name                              United Airlines, Inc. (a Delaware Corporation)

    Job or Title *(if known)*     (Agent for Service) CORPORATION SERVICE COMPANY

    Street Address                   2711 CENTERVILLE RD SUITE 400

    City and County                Wilmington, New Castle

    State and Zip Code           Delaware, 19808

    Telephone Number          302-636-5401

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff,  *(name)*  Amanda Metcalf_____ , is a citizen of the

State of *(name)*  California_____ .

b.    If the plaintiff is a corporation

The plaintiff,  *(name)* _____ , is incorporated

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant,  *(name)* _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

    b.     If the defendant is a corporation

The defendant, *(name)* United Airlines, Inc. , is incorporated under

the laws of the State of *(name)* Delaware , and has its

principal place of business in the State of *(name)* Illinois .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: Plaintiff was intentionally injured and suffered physical and emotional injuries as a result of defendant's abusive treatment and denial of her right to travel on a lawfully obtained ticket. Plaintiff  advised defendant of the circumstances of how she obtained her ticket and requested defendant's advice before traveling. Defendant waited until Plaintiff had commenced her travel, then when she was 2000+ miles from home, publicly demeaned and humiliated Plaintiff by accusing her of fraud, pulling her from the boarding line and disallowing her return trip home.

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

See Attachment "A" to this Complaint.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff seeks Actual damages for: 1) Breach of Contract, and for defendant's wrongful conduct resulting in Plaintiff's compulsory payment to defendant in the amount of $1,119.10; 2)  Actual damages in the amount of $250,000 to compensate Plaintiff for slander, public embarrassment, ridicule and humiliation, and for physical, mental and emotional distress caused by defendant's knowing and intentional or reckless (or in the alternative, negligent) infliction of emotional distress; and Punitive damages in the amount of $250,000 to punish and/or make an example of defendant for its intentional or reckless acts and misconduct.

**V.      Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.      For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          June 14, 2017

Signature of Plaintiff          /s/ Amanda Metcalf
Printed Name of Plaintiff      Amanda Metcalf

**B.      For Attorneys**

Date of signing:          June 14, 2017

Signature of Attorney          /s/ Amanda Metcalf
Printed Name of Attorney      Amanda Metcalf, Plaintiff/Attorney Pro Se
Bar Number                          California State Bar No. 57177
Name of Law Firm              Law Offices of Amanda Metcalf
Street Address                    29 Marin Bay Park Court, San Rafael
State and Zip Code              California, 94901
Telephone Number              415-454-0945
E-mail Address                    metcalflawfirm@gmail.com